# United States District Court
EASTERN DISTRICT OF WISCONSIN

COREY J. SEEFELDT,

        Plaintiff,

        v.

MARTIN J. O'MALLEY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-1546

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner is REVERSED and REMANDED to the Agency pursuant to 42 U.S.C. § 405(g) (sentence four).

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: February 7, 2024

GINA M. COLLETTI
Clerk of Court

s/ Joleen M. Krings
(By) Deputy Clerk